**INDEX OF EXHIBITS TO NOTICE OF REMOVAL TO FEDERAL COURT**

| Ex. No. | Document Description |
|---|---|
| A | Email exchange between Minh Nguyen-Dang and Andrew Porter Re: Ninth Circuit Stay (Dec. 17, 2025) |