# EXHIBIT A

# Email exchange between Minh Nguyen-Dang and Andrew Porter Re: Ninth Circuit Stay

# (Dec. 17, 2025)

# EXHIBIT A

| | |
|---|---|
| **From:** | Nguyen-Dang, Minh Olivier |
| **To:** | Porter, Andrew |
| **Cc:** | Saharsky, Nicole A.; Havemann, Will; Schneider, Rory K.; Jane Susskind; Jessica E. Whelan; Adam Hosmer-Henner; Katyal, Neal; Ilagan, Sami; Sterling, Josh; Mainland, Grant |
| **Subject:** | [EXT] RE: Ninth Circuit Stay |
| **Date:** | Wednesday, December 17, 2025 2:34:29 PM |

Hi Andrew,

Thanks for your email.  On the schedule, we disagree that our proposal reduced only the time for the reply; it also reduced the time for the response because that time covers Christmas Eve and Christmas.  That said, in light of the holidays, we will not insist on an expedited schedule.  That means our response will be due 10 days from your motion, and your reply will be due 7 days after we file our response.

On the language about enforcement, we are fine with the language you propose.  Please use that wording to represent State Defendants' position.

Thanks,
Minh

_____

**Minh Nguyen-Dang**
*Partner*
*Pronouns:  he/him*
Mayer Brown LLP
1999 K Street, NW
Washington, DC 20006-1101
T +1 202 263 3135 | M +1 202 630 3658

mayerbrown.com

---

**From:** Porter, Andrew <APorter@milbank.com>
**Sent:** Wednesday, December 17, 2025 1:39 PM
**To:** Nguyen-Dang, Minh Olivier <MNguyen-Dang@mayerbrown.com>
**Cc:** Saharsky, Nicole A. <NSaharsky@mayerbrown.com>; Havemann, Will <whavemann@milbank.com>; Schneider, Rory K. <RSchneider@mayerbrown.com>; Jane Susskind <jsusskind@mcdonaldcarano.com>; Jessica E. Whelan <JWhelan@ag.nv.gov>; Adam Hosmer-Henner <ahosmerhenner@mcdonaldcarano.com>; Katyal, Neal <nkatyal@milbank.com>; Ilagan, Sami <silagan@milbank.com>; Sterling, Josh <jsterling@milbank.com>; Mainland, Grant <GMainland@milbank.com>
**Subject:** RE: Ninth Circuit Stay [MB-AME.FID25905303]

**CAUTION: External Email -** Only click on contents you know are safe.

Minh,

If Defendants are amenable to the December 29/January 5 deadlines, we would say:

> Defendants oppose Kalshi's request for a stay, but have agreed not to initiate enforcement proceedings against Kalshi while this Court considers this stay motion, obviating the need for an emergency administrative stay.

Best,

Andrew

Andrew Porter | Milbank | Partner
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5361
APorter@milbank.com | milbank.com

---

**From:** Nguyen-Dang, Minh Olivier <MNguyen-Dang@mayerbrown.com>
**Sent:** Wednesday, December 17, 2025 1:26 PM
**To:** Porter, Andrew <APorter@milbank.com>
**Cc:** Saharsky, Nicole A. <NSaharsky@mayerbrown.com>; Havemann, Will <whavemann@milbank.com>; Schneider, Rory K. <RSchneider@mayerbrown.com>; Jane Susskind <jsusskind@mcdonaldcarano.com>; Jessica E. Whelan <JWhelan@ag.nv.gov>; Adam Hosmer-Henner <ahosmerhenner@mcdonaldcarano.com>; Katyal, Neal <nkatyal@milbank.com>; Ilagan, Sami <silagan@milbank.com>; Sterling, Josh <jsterling@milbank.com>; Mainland, Grant <GMainland@milbank.com>
**Subject:** [EXT] Re: Ninth Circuit Stay [MB-AME.FID25905303]

Hi Andrew,

Thanks for your email.  Nicole is at an event so I am responding on behalf of State Defendants.  Could you please get back to us on the second question below - if we are able to reach an agreement, what, if anything, you intend to say about enforcement pending resolution of the stay motion?

We will get back to you on the schedule shortly.

Thanks,
Minh

_____

**Minh Nguyen-Dang**
*Partner*
*Pronouns:  he/him*
Mayer Brown LLP
1999 K Street, NW
Washington, DC 20006-1101
T +1 202 263 3135 | M +1 202 630 3658

On Dec 17, 2025, at 1:01 PM, Porter, Andrew <APorter@milbank.com> wrote:

**CAUTION: External Email -** Only click on contents you know are safe.

Nicole,

We cannot agree to your proposal, which gives Defendants the full amount of time they would have otherwise been entitled to (and, by virtue of the weekend, two days more than the standard 10-day period), while forcing Kalshi to reply in four days, one of which is a Federal Holiday.  As a professional courtesy, we would ask that Defendants agree to a reply deadline of Monday, January 5, which seems unlikely to us to have any effect on when the motion gets decided.  If Defendants are unwilling to agree to the standard briefing schedule, we will proceed with filing our motion, including with respect to the need for an administrative stay.

Andrew

Andrew Porter | Milbank | Partner
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5361
APorter@milbank.com | milbank.com

---

**From:** Saharsky, Nicole A. <NSaharsky@mayerbrown.com>
**Sent:** Wednesday, December 17, 2025 12:29 PM
**To:** Porter, Andrew <APorter@milbank.com>; Havemann, Will <whavemann@milbank.com>; Nguyen-Dang, Minh Olivier <MNguyen-Dang@mayerbrown.com>; Schneider, Rory K. <RSchneider@mayerbrown.com>; Jane Susskind <jsusskind@mcdonaldcarano.com>; Jessica E. Whelan <jwhelan@ag.nv.gov>; Adam Hosmer-Henner <ahosmerhenner@mcdonaldcarano.com>
**Cc:** Katyal, Neal <nkatyal@milbank.com>; Ilagan, Sami <silagan@milbank.com>; Sterling, Josh <jsterling@milbank.com>; Mainland, Grant <GMainland@milbank.com>
**Subject:** [EXT] RE: Ninth Circuit Stay [MB-AME.FID25905303]

Andrew,

Thank you for your message.  In terms of a proposal for a briefing schedule, how about:

12/17/2025    Motion Filed
12/29/2025     Defendant's Response Due
1/2/2026      Reply Due.

Also, if we are able to reach agreement, we would like to talk about what, if anything, Kalshi plans to say about State Defendants' position on enforcement in your motion.  We just don't want there to be any miscommunications on that point.

Thanks very much,
Nicole

---

**Nicole A. Saharsky**
*Partner*
Mayer Brown LLP
1999 K Street, NW
Washington, DC 20006
T +1 202 263 3052 | M +1 202 372 5463
nsaharsky@mayerbrown.com

---

**From:** Porter, Andrew <APorter@milbank.com>
**Sent:** Wednesday, December 17, 2025 6:26 PM
**To:** Saharsky, Nicole A. <NSaharsky@mayerbrown.com>; Havemann, Will <whavemann@milbank.com>; Nguyen-Dang, Minh Olivier <MNguyen-Dang@mayerbrown.com>; Schneider, Rory K. <RSchneider@mayerbrown.com>; Jane Susskind <jsusskind@mcdonaldcarano.com>; Jessica E. Whelan <jwhelan@ag.nv.gov>; Adam Hosmer-Henner <ahosmerhenner@mcdonaldcarano.com>
**Cc:** Katyal, Neal <nkatyal@milbank.com>; Ilagan, Sami <silagan@milbank.com>; Sterling, Josh <jsterling@milbank.com>; Mainland, Grant <GMainland@milbank.com>
**Subject:** RE: Ninth Circuit Stay

<span style="color:red">**CAUTION:**</span> **External Email -** Only click on contents you know are safe.

Nicole,

Thank you for your call, where you told me Defendants would condition their agreement not to enforce while the motion to stay is pending on agreement on an abbreviated briefing schedule.  We've reviewed our calendars and are having difficulty crafting a workable proposal to shorten the briefing schedule that aligns with our availability given the holiday.  If you have a proposal we are happy to consider it, but otherwise we would propose sticking with the standard 10-day opposition, 7-day reply deadlines.  Let us know if you have a different proposal in mind.

We appreciate State Defendants' confirmation with respect to the sealing motion. NRA, can you please advise as to your position?

Andrew

Andrew Porter | Milbank | Partner
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5361
APorter@milbank.com | milbank.com

---

**From:** Saharsky, Nicole A. <NSaharsky@mayerbrown.com>
**Sent:** Wednesday, December 17, 2025 12:24 PM
**To:** Porter, Andrew <APorter@milbank.com>; Havemann, Will <whavemann@milbank.com>; Nguyen-Dang, Minh Olivier <MNguyen-

Dang@mayerbrown.com>; Schneider, Rory K. <RSchneider@mayerbrown.com>; Jane
Susskind <jsusskind@mcdonaldcarano.com>; Jessica E. Whelan <jwhelan@ag.nv.gov>;
Adam Hosmer-Henner <ahosmerhenner@mcdonaldcarano.com>
**Cc:** Katyal, Neal <nkatyal@milbank.com>; Ilagan, Sami <silagan@milbank.com>;
Sterling, Josh <jsterling@milbank.com>; Mainland, Grant <GMainland@milbank.com>
**Subject:** [EXT] RE: Ninth Circuit Stay

State Defendants do not object to this sealing – thank you.

---

**Nicole A. Saharsky**
*Partner*
Mayer Brown LLP
1999 K Street, NW
Washington, DC 20006
T +1 202 263 3052 | M +1 202 372 5463
nsaharsky@mayerbrown.com

---

**From:** Porter, Andrew <APorter@milbank.com>
**Sent:** Wednesday, December 17, 2025 4:31 PM
**To:** Saharsky, Nicole A. <NSaharsky@mayerbrown.com>; Havemann, Will
<whavemann@milbank.com>; Nguyen-Dang, Minh Olivier <MNguyen-
Dang@mayerbrown.com>; Schneider, Rory K. <RSchneider@mayerbrown.com>; Jane
Susskind <jsusskind@mcdonaldcarano.com>; Jessica E. Whelan <jwhelan@ag.nv.gov>;
Adam Hosmer-Henner <ahosmerhenner@mcdonaldcarano.com>
**Cc:** Katyal, Neal <nkatyal@milbank.com>; Ilagan, Sami <silagan@milbank.com>;
Sterling, Josh <jsterling@milbank.com>; Mainland, Grant <GMainland@milbank.com>
**Subject:** RE: Ninth Circuit Stay [MB-AME.FID25904740]

**CAUTION: External Email -** Only click on contents you know are safe.

Counsel,

In addition to the motion for a stay, Kalshi also intends to file a motion to seal with
respect to the two exhibits that were submitted under seal in the district court
(Kalshi's March 3, 2025 38.5(b) response).  Please let us know if Defendants object
to the sealing of those documents.

Andrew

Andrew Porter | Milbank | Partner
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5361
APorter@milbank.com | milbank.com

---

**From:** Saharsky, Nicole A. <NSaharsky@mayerbrown.com>

**Sent:** Wednesday, December 17, 2025 6:16 AM
**To:** Havemann, Will <whavemann@milbank.com>; Nguyen-Dang, Minh Olivier
<MNguyen-Dang@mayerbrown.com>; Schneider, Rory K.
<RSchneider@mayerbrown.com>; Jane Susskind <jsusskind@mcdonaldcarano.com>;
Jessica E. Whelan <jwhelan@ag.nv.gov>; Adam Hosmer-Henner
<ahosmerhenner@mcdonaldcarano.com>
**Cc:** Katyal, Neal <nkatyal@milbank.com>; Ilagan, Sami <silagan@milbank.com>; Porter,
Andrew <APorter@milbank.com>; Sterling, Josh <jsterling@milbank.com>
**Subject:** [EXT] RE: Ninth Circuit Stay [MB-AME.FID25904740]

Hello Will and Kalshi team,

Thank you for reaching out.  We will be discussing this with our clients this morning (pacific
time).  We will get back to you as soon as we talk with them.

Best,
Nicole

_____

**Nicole A. Saharsky**
*Partner*
Mayer Brown LLP
1999 K Street, NW
Washington, DC 20006
T +1 202 263 3052 | M +1 202 372 5463
nsaharsky@mayerbrown.com

---

**From:** Havemann, Will <whavemann@milbank.com>
**Sent:** Tuesday, December 16, 2025 10:47 PM
**To:** Nguyen-Dang, Minh Olivier <MNguyen-Dang@mayerbrown.com>; Saharsky, Nicole
A. <NSaharsky@mayerbrown.com>; Schneider, Rory K.
<RSchneider@mayerbrown.com>; Jane Susskind <jsusskind@mcdonaldcarano.com>;
Jessica E. Whelan <jwhelan@ag.nv.gov>; Adam Hosmer-Henner
<ahosmerhenner@mcdonaldcarano.com>
**Cc:** Katyal, Neal <nkatyal@milbank.com>; Ilagan, Sami <silagan@milbank.com>; Porter,
Andrew <APorter@milbank.com>; Sterling, Josh <jsterling@milbank.com>
**Subject:** Ninth Circuit Stay

**CAUTION: External Email - Only click on contents you know are safe.**

Counsel,

Following Judge Gordon's order denying a stay, Kalshi plans to move for a stay
pending appeal from the Ninth Circuit.  I assume defendants continue to oppose a
stay pending appeal, but please let me know if your position has changed.

If the state defendants can agree to forbear enforcement against Kalshi pending the
Ninth Circuit's resolution of the stay motion, as you agreed in the district court, that

would obviate the need for us to seek an administrative stay.  Please let me know if you can agree to forbear enforcement against Kalshi pending the resolution of the stay motion in the Ninth Circuit.  Otherwise, we will ask the Ninth Circuit for an administrative stay in addition to a full stay pending appeal.

Thanks,
Will

Will Havemann  |  Milbank  |  Partner
1101 New York Avenue, NW | Washington D.C. 20005-4269
T: +1 202.835.7518
whavemann@milbank.com | milbank.com

---

**From:** Nguyen-Dang, Minh Olivier <MNguyen-Dang@mayerbrown.com>
**Sent:** Wednesday, December 10, 2025 11:51 AM
**To:** Havemann, Will <whavemann@milbank.com>; Saharsky, Nicole A. <NSaharsky@mayerbrown.com>; Schneider, Rory K. <RSchneider@mayerbrown.com>; Jessica E. Whelan <jwhelan@ag.nv.gov>
**Cc:** Katyal, Neal <nkatyal@milbank.com>; Ilagan, Sami <silagan@milbank.com>; Adam Hosmer-Henner <ahosmerhenner@mcdonaldcarano.com>; Jane Susskind <jsusskind@mcdonaldcarano.com>
**Subject:** [EXT] RE: Ninth Circuit Record

Hi Will,

To follow up on this – in addition to the transcripts you mentioned, State Defendants designate the transcript for the August 22, 2025, hearing on the motion to stay discovery (ECF No. 115).  I've also included on this email counsel for the NRA, for them to confirm whether they have any additional designations.  Once they've confirmed, could you please file an amended designation that reflects all parties' designations?  We'd be happy to discuss further, if that would be helpful.

Best regards,
Minh

_____

**Minh Nguyen-Dang**
*Partner*
*Pronouns:  he/him*
Mayer Brown LLP
1999 K Street, NW
Washington, DC 20006-1101
T +1 202 263 3135 | M +1 202 630 3658

mayerbrown.com

---

**From:** Havemann, Will <whavemann@milbank.com>
**Sent:** Tuesday, December 9, 2025 9:13 PM
**To:** Nguyen-Dang, Minh Olivier <MNguyen-Dang@mayerbrown.com>; Saharsky, Nicole A. <NSaharsky@mayerbrown.com>; Schneider, Rory K.

<[RSchneider@mayerbrown.com](mailto:RSchneider@mayerbrown.com)>; Jessica E. Whelan <[jwhelan@ag.nv.gov](mailto:jwhelan@ag.nv.gov)>
**Cc:** Katyal, Neal <[nkatyal@milbank.com](mailto:nkatyal@milbank.com)>; Ilagan, Sami <[silagan@milbank.com](mailto:silagan@milbank.com)>
**Subject:** RE: Ninth Circuit Record

> **CAUTION: External Email -** Only click on contents you know are safe.

Understood, thanks Minh.

Will Havemann | **Milbank** | Partner
1101 New York Avenue, NW | Washington D.C. 20005-4269
T: [+1 202.835.7518](tel:+12028357518)
[whavemann@milbank.com](mailto:whavemann@milbank.com) | [milbank.com](http://milbank.com)

---

**From:** Nguyen-Dang, Minh Olivier <[MNguyen-Dang@mayerbrown.com](mailto:MNguyen-Dang@mayerbrown.com)>
**Sent:** Tuesday, December 9, 2025 7:26 PM
**To:** Havemann, Will <[whavemann@milbank.com](mailto:whavemann@milbank.com)>; Saharsky, Nicole A. <[NSaharsky@mayerbrown.com](mailto:NSaharsky@mayerbrown.com)>; Schneider, Rory K. <[RSchneider@mayerbrown.com](mailto:RSchneider@mayerbrown.com)>; Jessica E. Whelan <[jwhelan@ag.nv.gov](mailto:jwhelan@ag.nv.gov)>
**Cc:** Katyal, Neal <[nkatyal@milbank.com](mailto:nkatyal@milbank.com)>; Ilagan, Sami <[silagan@milbank.com](mailto:silagan@milbank.com)>
**Subject:** [EXT] RE: Ninth Circuit Record

Hi Will,

Thanks for your email.  Just a head's up that we will have additional transcript designations for the record on appeal that we will send through tomorrow – it wasn't clear from your email that you were going to file the designations today.  But it shouldn't pose a problem since all the transcripts have been prepared.

Thanks,
Minh

_____

**Minh Nguyen-Dang**
_Partner_
_Pronouns:  he/him_
Mayer Brown LLP
1999 K Street, NW
Washington, DC 20006-1101
T +1 202 263 3135 | M +1 202 630 3658

[mayerbrown.com](http://mayerbrown.com)

---

**From:** Havemann, Will <[whavemann@milbank.com](mailto:whavemann@milbank.com)>
**Sent:** Tuesday, December 9, 2025 10:38 AM
**To:** Saharsky, Nicole A. <[NSaharsky@mayerbrown.com](mailto:NSaharsky@mayerbrown.com)>; Nguyen-Dang, Minh Olivier <[MNguyen-Dang@mayerbrown.com](mailto:MNguyen-Dang@mayerbrown.com)>; Schneider, Rory K. <[RSchneider@mayerbrown.com](mailto:RSchneider@mayerbrown.com)>; Jessica E. Whelan <[jwhelan@ag.nv.gov](mailto:jwhelan@ag.nv.gov)>
**Cc:** Katyal, Neal <[nkatyal@milbank.com](mailto:nkatyal@milbank.com)>; Ilagan, Sami <[silagan@milbank.com](mailto:silagan@milbank.com)>
**Subject:** Ninth Circuit Record

**CAUTION: External Email -** Only click on contents you know are safe.

All,

We're writing to let you know that we plan to designate as part of the record on appeal the entirety of the transcript of Judge Gordon's April 8 hearing on Kalshi's motion for a preliminary injunction, as well as the entirety of the transcript of Judge Gordon's November 14 hearing on Defendants' motion to dissolve the preliminary injunction.  Please let us know if you'd like to discuss.

Will

Will Havemann | Milbank | Partner
1101 New York Avenue, NW | Washington D.C. 20005-4269
T: +1 202.835.7518
whavemann@milbank.com | milbank.com

====================================== IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor. ====================================== This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

_____

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global legal services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer

Brown International LLP (England), Mayer Brown Hong Kong LLP (a Hong Kong limited liability partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information and our use of relationship insight tools in conjunction with email is available in our Privacy Notice.

====================================== IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor. ====================================== This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

====================================== IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor. ====================================== This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.
====================================== IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the

transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor. ======================================= This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer. ======================================= IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor. ======================================= This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer. ======================================= IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor. ======================================= This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly