DENNIS L. KENNEDY
Nevada Bar No. 1462
PAUL C. WILLIAMS
Nevada Bar No. 12524
**BAILEY✜KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
PWilliams@BaileyKennedy.com

NEAL KUMAR KATYAL
(*Pro hac vice* forthcoming)
JOSHUA B. STERLING
(*Pro hac vice* forthcoming)
WILLIAM E. HAVEMANN
(*Pro hac vice* forthcoming)
**MILBANK LLP**
1101 New York Avenue
Washington, D.C. 20005
Telephone: 202.835.7500
Facsimile: 202.263.7586

GRANT R. MAINLAND
(*Pro hac vice* forthcoming)
MATTHEW J. LAROCHE
(*Pro hac vice* forthcoming)
ANDREW PORTER
(*Pro hac vice* forthcoming)
NICOLE D. VALENTE
(*Pro hac vice* forthcoming)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212.530.5000
Facsimile: 212.530.5219

*Attorneys for Defendant KalshiEX LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| STATE OF NEVADA ex rel. NEVADA GAMING CONTROL BOARD,<br><br>Plaintiff,<br><br>vs.<br><br>KALSHIEX LLC,<br><br>Defendant, | Case No. 2:26-cv-00406<br><br>**KALSHI'S CERTIFICATION OF RELATED CASES PURSUANT TO LOCAL RULE 42-1(a)** |

Pursuant to Local Rule 42-1(a), through its undersigned counsel, KalshiEX LLC ("Kalshi") certifies that it believes the previously filed action, *KalshiEX LLC v. Hendrick*, No. 2:25-cv-00575 (D. Nev. filed Mar. 28, 2025) (the "Hendrick Action"), the previously removed action, *Nevada ex rel. Nevada Gaming Control Board v. Blockratize*, No. 3:26-cv-89 (D. Nev. filed Jan. 16, 2026) (the "Polymarket Action"), and the recently dismissed action, *Coinbase Financial Markets, Inc. v. Ford*, No. 2:26-cv-256 (the "Coinbase Action"), are related cases within the meaning of L.R. 42-1(a).

This Action is the subject of the Hendrick Action, currently proceeding in this Court and the Ninth Circuit, Case No. 25-07516. The Hendrick Action seeks to enjoin the State of Nevada from enforcing its gaming laws against Kalshi because it is a federally registered contract market subject to the exclusive jurisdiction of the Commodity Futures Trading Commission (the "CFTC"). This Action is an example of an enforcement action Kalshi seeks to enjoin in the Hendrick Action. The complaints in this Action and the Hendrick Action involve the same parties and raise the same questions of law.

The Polymarket Action is also an enforcement action brought by the State of Nevada against a federally registered contract market subject to the exclusive jurisdiction of the CFTC. The complaints in this Action and the Polymarket Action raise the same questions of law.

The Coinbase Action sought to enjoin an ongoing enforcement action by the State of Nevada against Coinbase, a futures commission merchant offering Kalshi's event contracts that are subject to the exclusive jurisdiction of the CFTC. The complaints in this Action and the Coinbase Action raise the same questions of law.

Accordingly, the actions identified above are related cases within the meaning of L.R. 42-1(a).

1 | DATED: this 17th day of February, 2026.

**BAILEY❖KENNEDY**

By: /s/ Paul C. Williams
DENNIS L. KENNEDY
PAUL C. WILLIAMS

MILBANK LLP
NEAL KUMAR KATYAL (*Pro hac vice* forthcoming)
JOSHUA B. STERLING (*Pro hac vice* forthcoming)
WILLIAM E. HAVEMANN (*Pro hac vice* forthcoming)
GRANT R. MAINLAND (*Pro hac vice* forthcoming)
MATTHEW J. LAROCHE (*Pro hac vice* forthcoming)
ANDREW PORTER (*Pro hac vice* forthcoming)
NICOLE D. VALENTE (*Pro hac vice* forthcoming)

*Attorneys for Defendant KalshiEX LLC*

## CERTIFICATE OF SERVICE

I certify that I am an employee of BAILEY❖KENNEDY and that on the 17th day of February, 2026, service of the foregoing was made by mandatory electronic service through the United States District Court's electronic filing system, by email and/or by depositing a true and correct copy in the U.S. Mail, first class postage prepaid, and addressed to the following at their last known address:

JESSICA E. WHELAN
SABRENA K. CLINTON
JOHN S. MICHELA
**STATE OF NEVADA**
**OFFICE OF THE ATTORNEY GENERAL**
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
Email:  jwhelan@ag.nv.gov
         sclinton@ag.nv.gov
         jmichela@ag.nv.gov

*Attorneys for Plaintiff*

                                                       /s/ Karen Rodman
                                   Employee of BAILEY❖KENNEDY