DENNIS L. KENNEDY
Nevada Bar No. 1462
PAUL C. WILLIAMS
Nevada Bar No. 12524
**BAILEY✜KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
PWilliams@BaileyKennedy.com

NEAL KUMAR KATYAL
(*Pro hac vice* forthcoming)
JOSHUA B. STERLING
(*Pro hac vice* forthcoming)
WILLIAM E. HAVEMANN
(*Pro hac vice* forthcoming)
**MILBANK LLP**
1101 New York Avenue NW
Washington, D.C. 20005
Telephone: 202.835.7500
Facsimile: 202.263.7586

GRANT R. MAINLAND
(*Pro hac vice* forthcoming)
MATTHEW LAROCHE
(*Pro hac vice* forthcoming)
ANDREW PORTER
(*Pro hac vice* forthcoming)
NICOLE D. VALENTE
(*Pro hac vice* forthcoming)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212.530.5000
Facsimile: 212.530.5219

*Attorneys for Defendant KalshiEX LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| STATE OF NEVADA ex rel. NEVADA GAMING CONTROL BOARD,<br><br>Plaintiff,<br><br>vs.<br><br>KALSHIEX LLC,<br><br>Defendant. | Case No. 2:26-CV-00406<br><br>**DEFENDANT KALSHIEX LLC'S NOTICE OF FILING RECORD OF PROCEEDINGS OF STATE COURT MATTER** |

Defendant KalshiEX LLC ("Kalshi") hereby submits the following documents filed in the removed State Court proceedings, *State of Nevada ex rel. Nevada Gaming Control Board vs. KalshiEX LLC*, Case No. 26000050-1B. This notice constitutes the entire record of the aforementioned State Court matter.

**TABLE OF CONTENTS**

| Ex. No. | Document Title and Date Filed | Bates Range |
|---|---|---|
| A | Complaint for Permanent Injunction and Declaratory Relief (Feb. 17, 2026) | 001-011 |
| B | Plaintiff's *Ex Parte* Application for Immediate Temporary Restraining Order and Motion for Preliminary Injunction (Feb. 17, 2026) | 012-030 |
| C | Declaration of Jessica E. Whelan in Support of Plaintiff's Application for *Ex Parte* Temporary Restraining Order (Feb. 17, 2026) | 031-038 |
| D | Plaintiff's Motion to Exceed Page Limits for Points and Authorities in Support of *Ex Parte* Application for Immediate Temporary Restraining Order and Motion for Preliminary Injunction (Feb. 17, 2026) | 039-041 |
| E | Declaration of Jessica E. Whelan in Support of Plaintiff's Motion to Exceed Page Limits (Feb. 17, 2026) | 042-043 |
| F | Notice of Filing Notice of Removal to the United State District Court for the District of Nevada (Feb. 17, 2026) | 044-070 |

DATED this 18th day of February, 2026.

**BAILEY✦KENNEDY**

By: /s/ Paul C. Williams
   DENNIS L. KENNEDY
   PAUL C. WILLIAMS

   MILBANK LLP
   NEAL KUMAR KATYAL (*Pro hac vice* forthcoming)
   JOSHUA B. STERLING (*Pro hac vice* forthcoming)
   WILLIAM E. HAVEMANN (*Pro hac vice* forthcoming)
   GRANT R. MAINLAND (*Pro hac vice* forthcoming)
   MATTHEW J. LAROCHE (*Pro hac vice* forthcoming)
   ANDREW PORTER (*Pro hac vice* forthcoming)
   NICOLE D. VALENTE (*Pro hac vice* forthcoming)

   *Attorneys for Defendant KalshiEX LLC*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of BAILEY✥KENNEDY and that on the 18th day of February, 2026, service of the foregoing was made by mandatory electronic service through the United States District Court's electronic filing system, by email and/or by depositing a true and correct copy in the U.S. Mail, first class postage prepaid, and addressed to the following at their last known address:

JESSICA E. WHELAN           Email:  jwhelan@ag.nv.gov
SABRENA K. CLINTON                  sclinton@ag.nv.gov
JOHN S. MICHELA                     jmichela@ag.nv.gov
**STATE OF NEVADA**
**OFFICE OF THE ATTORNEY GENERAL**   *Attorneys for Defendants*
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119

　　　　　　　　　　　　　/s/ Sharon Murnane
　　　　　　　　　　　Employee of BAILEY✥KENNEDY