# EXHIBIT D

# Plaintiff's Motion to Exceed Page Limits for Points and Authorities in Support of Ex Parte Application for Immediate Temporary Restraining Order and Motion for Preliminary Injunction
# (Feb. 17, 2026)
# EXHIBIT D

AARON D. FORD
 Attorney General
Jessica E. Whelan (Bar No. 14781)
 Chief Deputy Solicitor General—Litigation
John S. Michela (Bar No. 8189)
 Senior Deputy Attorney General
Sabrena K. Clinton (Bar No. 6499)
 Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3420 (phone)
(702) 486-3773 (fax)
jwhelan@ag.nv.gov
jmichela@ag.nv.gov
sclinton@ag.nv.gov

*Attorneys for Plaintiff*



REC'D & FILED
2026 FEB 17 PM 12: 31

IN THE FIRST JUDICIAL DISTRICT COURT OF
THE STATE OF NEVADA IN AND FOR CARSON CITY

STATE OF NEVADA ex rel. NEVADA GAMING CONTROL BOARD,

  Plaintiff,

vs.

KALSHIEX, LLC,

  Defendant.

Case No. 26000050-1B

Dept. No. I

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS FOR POINTS AND AUTHORITIES IN SUPPORT OF *EX PARTE* APPLICATION FOR IMMEDIATE TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION**

  Plaintiff, STATE OF NEVADA ex rel. NEVADA GAMING CONTROL BOARD ("BOARD"), by and through its attorneys, respectfully moves this Court pursuant to FJDCR 3.23(c) for leave to file points and authorities in support of its *Ex Parte* Application for Immediate Temporary Restraining Order and Motion for Preliminary Injunction that exceed the ten-page limit. In support of this Motion, the BOARD states as follows:

  1. The BOARD seeks leave to file points and authorities in support of its *Ex Parte* Application for Immediate Temporary Restraining Order and Motion for Preliminary Injunction that total thirteen pages, exceeding the ten-page limit set forth in FJDCR 3.23(b) by three pages.

  2. This Motion is accompanied by the Declaration of Jessica E. Whelan, which sets forth the reasons for seeking an enlargement of the page limit as required by FJDCR 3.23(c)(2). The BOARD also

Page 1 of 3

039

submits herewith a single copy of the points and authorities it proposes to file, as required by FJDCR 3.23(c)(3).

3. The BOARD exercised diligence in attempting to present its arguments within the standard page limit. Counsel drafted and revised the points and authorities with an eye toward concision, eliminating redundancies and condensing arguments where possible without sacrificing clarity or completeness.

4. Notwithstanding these efforts, good cause exists to permit an enlargement of the page limit due to the complexity of the issues presented. The underlying motion seeks emergency *ex parte* relief to restrain Defendant from operating an unlicensed prediction market in Nevada that accepts wagers on sporting events, elections, and other events. The points and authorities must address: (a) the regulatory framework governing gaming in Nevada; (b) the extensive procedural history of related federal court litigation involving Defendant; (c) the application of multiple provisions of Nevada gaming law to Defendant's conduct; and (d) the showing required for an *ex parte* temporary restraining order and preliminary injunction. The points and authorities must also address the significant political and economic implications of this case; at issue is Nevada's ability to regulate a multibillion-dollar industry that is vitally important to the State's economy.

5. The factual and legal complexity of this matter, combined with its significance to the State of Nevada and the need to seek emergency relief, necessitates a submission that exceeds the standard page limit despite the BOARD'S diligent efforts to be concise.

WHEREFORE, the BOARD respectfully requests that this Court grant leave to file the accompanying oversized points and authorities.

///
///
///

**AFFIRMATION**
**(Pursuant to NRS 239B.030)**

The undersigned does hereby affirm that the foregoing document does not contain the social security number of any person.

Dated: February 17, 2026

AARON D. FORD
Attorney General

By: /s/
Jessica E. Whelan (Bar No. 14781)
Chief Deputy Solicitor General—Litigation
Sabrena K. Clinton (Bar No. 6499)
Senior Deputy Attorney General
John S. Michela (Bar No. 8189)
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
jwhelan@ag.nv.gov
sclinton@ag.nv.gov
jmichela@ag.nv.gov

*Attorneys for Plaintiff*