# EXHIBIT E

# Declaration of Jessica E. Whelan in Support of Plaintiff's Motion to Exceed Page Limits

# (Feb. 17, 2026)

# EXHIBIT E

AARON D. FORD
Attorney General
Jessica E. Whelan (Bar No. 14781)
 Chief Deputy Solicitor General – Litigation
John S. Michela (Bar No. 8189)
 Senior Deputy Attorney General
Sabrena K. Clinton (Bar No. 6499)
 Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3420 (phone)
(702) 486-3773 (fax)
jwhelan@ag.nv.gov
jmichela@ag.nv.gov
sclinton@ag.nv.gov

*Attorneys for Plaintiff*



REC'D & FILED
2026 FEB 17 PM 12: 31

IN THE FIRST JUDICIAL DISTRICT COURT OF
THE STATE OF NEVADA IN AND FOR CARSON CITY

| | |
|---|---|
| STATE OF NEVADA ex rel. NEVADA GAMING CONTROL BOARD, <br><br> Plaintiff, <br><br> vs. <br><br> KALSHIEX, LLC, <br><br> Defendant. | Case No. 26 0000050-1B <br><br> Dept. No. I |

**DECLARATION OF JESSICA E. WHELAN IN SUPPORT OF PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS**

I, Jessica E. Whelan, declare as follows:

1. I am the Chief Deputy Solicitor General—Litigation in the Nevada Attorney General's Office, and I make this declaration in support of Plaintiff's motion to exceed page limits under FJDCR 3.23(c). All facts stated herein are based on my personal knowledge.

2. Plaintiff, STATE OF NEVADA, ex rel. NEVADA GAMING CONTROL BOARD ("BOARD") seeks leave to file points and authorities in support of its *Ex Parte* Application for Immediate Temporary Restraining Order and Motion for Preliminary Injunction that total thirteen pages, exceeding the ten-page limit set forth in FJDCR 3.23(b) by three pages.

Page **1** of **2**

042

3. The BOARD has exercised diligence in attempting to present its arguments within the standard page limit. Counsel drafted and revised the points and authorities with an eye toward concision, eliminating redundancies and condensing arguments where possible without sacrificing clarity or completeness.

4. Notwithstanding these efforts, good cause exists to permit an enlargement of the page limit due to the complexity of the issues presented. The underlying motion seeks emergency *ex parte* relief to restrain Defendant from operating an unlicensed prediction market in Nevada that accepts wagers on sporting events, elections, and other events. The points and authorities must address: (a) the regulatory framework governing gaming in Nevada; (b) the extensive procedural history of related federal court litigation involving Defendant; (c) the application of multiple provisions of Nevada gaming law to Defendant's conduct; and (d) the showing required for an *ex parte* temporary restraining order and preliminary injunction. The points and authorities must also address the significant political and economic implications of this case; at issue is Nevada's ability to regulate a multibillion-dollar industry that is vitally important to the State's economy.

5. The factual and legal complexity of this matter, combined with its significance to the State of Nevada and the need to seek emergency relief, necessitates a submission that exceeds the standard page limit despite the BOARD's diligent efforts to be concise.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 17th day of February, 2026.

By: _____
JESSICA E. WHELAN