# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

STATE OF NEVADA ex rel. NEVADA
GAMING CONTROL BOARD,

    Plaintiff

v.

KALSHIEX, LLC,

    Defendant

Case No.: 2:26-cv-00406-APG-MDC

**Order Reassigning Case**

Under Local Rule 42-1(a), the assigned judges have determined that this action should be reassigned to United States District Judge Miranda M. Du because it is related to *State of Nevada ex rel. Nevada Gaming Control Board v. Blockratize, Inc., et al.*, 3:26-cv-00089-MMD-CLB, and both actions involve the same legal questions about the propriety of removal.

IT IS THEREFORE ORDERED that *State of Nevada ex rel. Nevada Gaming Control Board v. KalshiEX, LLC*, 2:26-cv-00406-APG-MDC is reassigned to Judge Miranda M. Du for all further proceedings.

DATED this 19th day of February, 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE