1

**UNITED STATES DISTRICT COURT**

2

**DISTRICT OF NEVADA**

3

4    _____ ,        Case No.: _____
           Plaintiff(s)

5    v.                                                      **NON-PARTY REQUEST**
                                                             **FOR REMOTE ACCESS**
6                                                            **TO CIVIL PROCEEDING**

    _____ ,
7          Defendant(s).

8

9    I, _____, request permission for live
                        (name of requestor)

10   remote public access to the civil proceeding set for _____
                                                                                    (date)

11   at _____ before Judge _____ .
              (time)                                              (name of judge)

12   I understand that I am prohibited from recording, photographing, or retransmitting any part of the

13   proceeding.

14   Date of Request: _____

15   Requestor's Full Name: _____

16   Mailing Address: _____

17   _____

18   Telephone number: _____

19   E-mail address: _____

20

21          **SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:**
                              **The Clerk of Court**
                   **333 Las Vegas Blvd. South, Las Vegas, NV 89101 or**
22                 **400 S. Virginia Street, Reno, Nevada 89501**
                        lv_public_docketing@nvd.uscourts.gov
23                    reno_public_docketing@nvd.uscourts.gov

*Notice:*  *This form and the information provided will be public record.*