**INDEX OF EXHIBITS TO KALSHI'S EMERGENCY MOTION FOR AN ADMINISTRATIVE STAY**

| Document Description | Ex. |
|---|---|
| Declaration of Matthew J. Laroche in Support of Kalshi's Emergency Motion for Administrative Stay (March 3, 2026) | 1 |

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820