# EXHIBIT 1

## Declaration of Matthew J. Laroche

DENNIS L. KENNEDY
Nevada Bar No. 1462
PAUL C. WILLIAMS
Nevada Bar No. 12524
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
PWilliams@BaileyKennedy.com

NEAL KUMAR KATYAL
(*Pro hac vice*)
JOSHUA B. STERLING
(*Pro hac vice*)
WILLIAM E. HAVEMANN
(*Pro hac vice*)
**MILBANK LLP**
1101 New York Avenue NW
Washington, D.C. 20005
Telephone: 202.835.7500
Facsimile: 202.263.7586

GRANT R. MAINLAND
(*Pro hac vice* forthcoming)
MATTHEW LAROCHE
(*Pro hac vice*)
ANDREW PORTER
(*Pro hac vice* forthcoming)
NICOLE D. VALENTE
(*Pro hac vice* forthcoming)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212.530.5000
Facsimile: 212.530.5219

*Attorneys for Defendant KalshiEX, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| STATE OF NEVADA ex rel. NEVADA GAMING CONTROL BOARD,<br><br>Plaintiff,<br><br>vs.<br><br>KALSHIEX LLC,<br><br>Defendant. | Case No. 2.26-cv-00406-MMD-MDC<br><br>**DECLARATION OF MATTHEW J. LAROCHE IN SUPPORT OF KALSHI'S EMERGENCY MOTION FOR <u>ADMINISTRATIVE STAY</u>** |

I, Matthew J. Laroche, declare as follows:

1. I am an attorney admitted to practice *pro hac vice* before this Court. I am a partner with the law firm Milbank LLP, and I am one of the attorneys representing Defendant KalshiEX LLC ("Kalshi"). I make this declaration pursuant to Local Rule 7-4 in support of Kalshi's Emergency Motion for an Administrative Stay. All facts stated herein are based on my personal knowledge and, if called and sworn as a witness, I would and could competently testify to them.

2. Yesterday, the Court ordered that this case be remanded to state court, concluding that it lacks jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1442(a). ECF 45. Because Kalshi removed pursuant to section 1442, Kalshi has a statutory right to appeal the order to the United States Court of Appeals for the Ninth Circuit, and it intends to exercise that right promptly. 28 U.S.C. § 1447(d).

3. To ensure that its right to appeal will remain meaningful, Kalshi also intends to file a motion with this Court later today requesting a stay of the Court's remand order pending appeal.

4. In the meantime, Kalshi has filed a motion for an administrative stay. Kalshi submits that the motion should be heard on an emergency basis to prevent any jurisdictional confusion and prejudice to Kalshi that might result if the remand order were mailed to state court before resolution of the stay motion.

5. Kalshi's counsel are Dennis Kennedy and Paul Williams at Bailey Kennedy, 8984 Spanish Ridge Avenue, Las Vegas, Nevada 89148-1302, (702) 562-8820; Neal Kumar Katyal, Joshua B. Sterling, and William E. Havemann at Milbank LLP, 1101 New York Avenue NW, Washington, D.C. 20005, (202) 835-7500; and Grant R. Mainland, Matthew Laroche, Andrew Porter, and Nicole D. Valente at Milbank LLP, 55 Hudson Yards, New York, New York 10001, (212) 530-5000.

6. Plaintiff's counsel are Jessica E. Whelan, Chief Deputy Solicitor General—Litigation; John S. Michela, Senior Deputy Attorney General; and Sabrena K. Clinton, Senior Deputy Attorney General at State of Nevada, Office of the Attorney General, 1 State of Nevada Way, Suite 100, Las Vegas, Nevada 89119, (702) 486-3420.

Page **1** of **2**

7. Because it is unclear when the Court intends to mail the order remanding the case to state court, Kalshi filed its emergency motion before business hours the day immediately following the order.

8. Pursuant to Local Rule IA 1-3(f) and Local Rule 7-4, I certify counsel for Kalshi informed counsel for Plaintiff by email that this emergency motion was forthcoming. Counsel for Plaintiff stated that Plaintiff opposes the relief requested in the emergency motion.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 3rd day of March, 2026.

/s/ Matthew J. Laroche
Matthew J. Laroche

Page **2** of **2**