1  DENNIS L. KENNEDY
   Nevada Bar No. 1462
2  PAUL C. WILLIAMS
   Nevada Bar No. 12524
3  **BAILEY❖KENNEDY**
   8984 Spanish Ridge Avenue
4  Las Vegas, Nevada 89148-1302
   Telephone: 702.562.8820
5  Facsimile: 702.562.8821
   DKennedy@BaileyKennedy.com
6  PWilliams@BaileyKennedy.com          GRANT R. MAINLAND
                                        (*Pro hac vice* forthcoming)
7  NEAL KUMAR KATYAL                    MATTHEW LAROCHE
   (Admitted *pro hac vice*)           (Admitted *pro hac vice*)
8  JOSHUA B. STERLING                   ANDREW L. PORTER
   (Admitted *pro hac vice*)           (*Pro hac vice* forthcoming)
9  WILLIAM E. HAVEMANN                  NICOLE D. VALENTE
   (Admitted *pro hac vice*)           (*Pro hac vice* forthcoming)
10 **MILBANK LLP**                      **MILBANK LLP**
   1101 New York Avenue NW              55 Hudson Yards
11 Washington, DC 20005                 New York, NY 10001
   Telephone: 202.835.7500             Telephone: 212.530.5000
12 Facsimile: 202.263.7586             Facsimile: 212.530.5219

13 *Attorneys for Defendant KalshiEX LLC*

14                 **UNITED STATES DISTRICT COURT**
                      **DISTRICT OF NEVADA**

15

16  STATE OF NEVADA ex rel. NEVADA          Case No.  2:26-cv-00406-MMD
    GAMING CONTROL BOARD,
17
              Plaintiff,
18                                          **NOTICE OF APPEAL OF ORDER**
    vs.                                     **GRANTING MOTION TO REMAND**
19                                          **AND NINTH CIRCUIT RULE 3-2**
                                            **REPRESENTATION STATEMENT**
    KALSHIEX LLC,
20
              Defendant.
21

22

23

24

25

26

27

28

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

## NOTICE OF APPEAL

Notice is hereby given that Defendant KalshiEX LLC hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Court's Order entered in this action on March 2, 2026, District Court's ECF No. 45, granting Plaintiff's motion to remand this action to state court. Kalshi appeals this order under 28 U.S.C. § 1447(d), which allows for appellate review of a remand order where the action "was removed pursuant to section 1442." 28 U.S.C. § 1447(d); *see* Dkt. No. 1 at 8 (opposing remand based on 28 U.S.C. § 1442(a)(1)). In reviewing the District Court's order, the Ninth Circuit may consider "all of" Kalshi's "grounds for removal," and is not limited to considering whether remand was proper under Section 1442. *BP P.L.C. v. Mayor & City Council of Baltimore*, 593 U.S. 230, 237 (2021).

BAILEY✦KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated this 3rd day of March, 2026.

**BAILEY❖KENNEDY**

By: /s/ Paul C. Williams
    DENNIS L. KENNEDY
    Nevada Bar No. 1462
    PAUL C. WILLIAMS
    Nevada Bar No. 12524

    NEAL KUMAR KATYAL
    (Admitted *pro hac vice*)
    JOSHUA B. STERLING
    (Admitted *pro hac vice*)
    WILLIAM E. HAVEMANN
    (Admitted *pro hac vice*)
    **MILBANK LLP**
    1101 New York Avenue NW
    Washington, DC 20005
    Telephone:  202.835.7500
    Facsimile:  202.263.7586

    GRANT R. MAINLAND
    (*Pro hac vice* forthcoming)
    MATTHEW LAROCHE
    (Admitted *pro hac vice*)
    ANDREW L. PORTER
    (*Pro hac vice* forthcoming)
    NICOLE D. VALENTE
    (*Pro hac vice* forthcoming)
    **MILBANK LLP**
    55 Hudson Yards
    New York, NY 10001
    Telephone:  212.530.5000
    Facsimile:  212.822.5251

    *Attorneys for Defendant KalshiEX LLC*

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

1

## NINTH CIRCUIT REPRESENTATION STATEMENT

2

Pursuant to Ninth Circuit Rule 3-2, Defendant-Appellant KalshiEX LLC submits the follow-

3

ing list of the parties to the action with the names, addresses, and telephone numbers of their respec-

4

tive counsel:

5

Defendant-Appellant KalshiEX LLC is represented by the following counsel:

6

Dennis L. Kennedy
DKennedy@BaileyKennedy.com

7

Paul C. Williams
PWilliams@BaileyKennedy.com

8

9

**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, NV 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821

10

11

12

Neal Kumar Katyal
nkatyal@milbank.com

13

Joshua B. Sterling
jsterling@milbank.com

14

15

William E. Havemann
whavemann@milbank.com

16

17

Samantha K. Ilagan
silagan@milbank.com

18

19

**MILBANK LLP**
1101 New York Avenue NW
Washington, DC 20005
Telephone:  202.835.7500
Facsimile:  202.263.7586

20

21

22

Grant R. Mainland
gmainland@milbank.com

23

Matthew Laroche
mlaroche@milbank.com

24

25

Andrew L. Porter
aporter@milbank.com

26

27

Davis Campbell
dcampbell@milbank.com

28

**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212.530.5000
Facsimile: 212.822.5251

Defendant-Appellant's Counsel are registered for Electronic Filing in the Ninth Circuit.

Plaintiff-Appellee the State of Nevada ex rel. Nevada Gaming Control Board is represented by the following counsel:

Jessica E. Whelan
jwhelan@ag.nv.gov

Sabrena K. Clinton
sclinton@ag.nv.gov

**STATE OF NEVADA**
**OFFICE OF THE ATTORNEY GENERAL**
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
Telephone: 702.486.3420

John S. Michela
jmichela@ag.nv.gov

**STATE OF NEVADA**
**OFFICE OF THE ATTORNEY GENERAL**
**GAMING DIVISION**
5420 Kietzke Lane, Suite 202
Reno, NV 89511
Telephone: 775.850.1150

Dated this 3rd day of March, 2026.

By: /s/ Paul C. Williams
PAUL C. WILLIAMS
Nevada Bar No. 12524
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, NV 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
PWilliams@BaileyKennedy.com

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

## CERTIFICATE OF SERVICE

I certify that I am an employee of BAILEY✠KENNEDY and that on the 3rd day of March, 2026, service of the foregoing was made by mandatory electronic service through the United States District Court's electronic filing system and/or by email or by depositing a true and correct copy in the U.S. Mail, first class postage prepaid, and addressed to the following at their last known address:

| | |
|---|---|
| JESSICA E. WHELAN<br>SABRENA K. CLINTON<br>**STATE OF NEVADA**<br>**OFFICE OF THE ATTORNEY GENERAL**<br>1 State of Nevada Way, Suite 100<br>Las Vegas, NV 89119 | Email: jwhelan@ag.nv.gov<br>sclinton@ag.nv.gov<br><br>*Attorneys for Plaintiff* |
| JOHN S. MICHELA<br>**STATE OF NEVADA**<br>**OFFICE OF THE ATTORNEY GENERAL**<br>**GAMING DIVISION**<br>5420 Kietzke Lane, Suite 202<br>Reno, NV 89511 | Email: jmichela@ag.nv.gov<br><br><br>*Attorney for Plaintiff* |

_____/s/ Paul C. Williams_____
Employee of BAILEY✠KENNEDY