DENNIS L. KENNEDY
Nevada Bar No. 1462
PAUL C. WILLIAMS
Nevada Bar No. 12524
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
PWilliams@BaileyKennedy.com

NEAL KUMAR KATYAL
(Admitted *pro hac vice*)
JOSHUA B. STERLING
(Admitted *pro hac vice*)
WILLIAM E. HAVEMANN
(Admitted *pro hac vice*)
**MILBANK LLP**
1101 New York Avenue NW
Washington, D.C. 20005
Telephone: 202.835.7500
Facsimile: 202.263.7586

GRANT R. MAINLAND
(*Pro hac vice* forthcoming)
MATTHEW LAROCHE
(Admitted *pro hac vice*)
ANDREW PORTER
(*Pro hac vice* forthcoming)
NICOLE D. VALENTE
(*Pro hac vice* forthcoming)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212.530.5000
Facsimile: 212.530.5219

*Attorneys for Defendant KalshiEX, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| STATE OF NEVADA ex rel. NEVADA GAMING CONTROL BOARD,<br><br>Plaintiff,<br><br>vs.<br><br>KALSHIEX LLC,<br><br>Defendant. | Case No. 2.26-cv-00406-MMD-MDC<br><br>**STATEMENT REGARDING REMOVAL** |

# STATEMENT REGARDING REMOVAL

Pursuant to the Court's February 18, 2026, Minute Order (Dkt No. 4, the "Minute Order"), Defendant KalshiEX LLC ("Kalshi") was provided a copy of the complaint on February 17, 2026. To its knowledge, Kalshi has not yet received service of the complaint or summons. KalshiEX has served the Minute Order on counsel for Plaintiff by email and by depositing a true and correct copy in the U.S. Mail, first class postage prepaid, and addressed to the following at their last known address.

Dated this 5th day of March, 2026.

**BAILEY✜KENNEDY**

By: */s/ Paul C. Williams*
DENNIS L. KENNEDY
Nevada Bar No. 1462
PAUL C. WILLIAMS
Nevada Bar No. 12524

NEAL KUMAR KATYAL
(Admitted *pro hac vice*)
JOSHUA B. STERLING
(Admitted *pro hac vice*)
WILLIAM E. HAVEMANN
(Admitted *pro hac vice*)
GRANT R. MAINLAND
(*Pro hac vice* forthcoming)
MATTHEW J. LAROCHE
(Admitted *pro hac vice*)
ANDREW L. PORTER
(*Pro hac vice* forthcoming)
NICOLE D. VALENTE
(*Pro hac vice* forthcoming)
**MILBANK LLP**

*Attorneys for Defendant KalshiEX LLC*

Page **1** of **2**

**CERTIFICATE OF SERVICE**

I certify that I am an employee of BAILEY❖KENNEDY and that on the 5th day of March, 2026, service of the foregoing was made by mandatory electronic service through the United States District Court's electronic filing system, by email and/or by depositing a true and correct copy in the U.S. Mail, first class postage prepaid, and addressed to the following at their last known address:

JESSICA E. WHELAN  Email: jwhelan@ag.nv.gov
SABRENA K. CLINTON  sclinton@ag.nv.gov
JOHN S. MICHELA  jmichela@ag.nv.gov
**STATE OF NEVADA**
**OFFICE OF THE ATTORNEY GENERAL**  *Attorneys for Plaintiff*
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119

/s/ Paul C. Williams
Employee of BAILEY❖KENNEDY

Page **2** of **2**